37 A.3d 587

Mary E. WYSE, Individually and as Executrix of the
Estate of Gerald B. Wyse, Deceased, Respondent

v.

David CALLANS, M.D., Shuaib Latif, M.D., the Trustees of the
University of Pennsylvania, Hospital of the University of Penn-
sylvania, University of Pennsylvania Medical Center–Hospital
of the University of Pennsylvania, University of Pennsylvania
Medical Center–HUP and University of Pennsylvania Health
System, Petitioners.

No. 163 EM 2011.

Supreme Court of Pennsylvania.

Jan. 10, 2012.

## ORDER

PER CURIAM.

AND NOW, this 10th day of January, 2012, the "Petition for
Permission to Appeal" and the Application for Stay are DE-
NIED.